UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SLEP-TONE ENTERTAINMENT CORPORATION,**

    Plaintiff,

v.                                Case No. 8:12-cv-157-T-30EAJ

**SNAPPERS BAR & GRILL, INC., et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the motions for prevailing party attorneys' fees (Dkts. 81 & 82) filed by Defendants The Salad Werks, Inc. and Two Joe's, Inc. The Court, upon review of the motions, and being otherwise advised of the premises, concludes that the motions should be denied.

On April 30, 2012, the Court ordered Plaintiff to sever these Defendants, among others, based on improper joinder (Dkt. 74). Thus, the termination of these Defendants from this case was based on the Court's Order that they should be severed and not on a voluntary dismissal filed by Plaintiff as Defendants appear to suggest. Also, the severing of these Defendants was addressed by the Court *sua sponte*, i.e., if the Court had granted the relief requested in Defendants' motions to dismiss, the Court would have allowed Plaintiff to amend its complaint, which would not result in any "prevailing party" attorneys' fees to Defendants at that point.

Simply put, there was absolutely no determination on the <u>merits</u> of Plaintiff's claims. And any change in the legal relationship between Plaintiff and Defendants related to their misjoinder under the unique circumstances of this case. The cases cited by Defendants in their motions are not factually similar. Thus, an award of "prevailing party" fees to Defendants under these circumstances would be inappropriate and unsupported under the law.

It is therefore ORDERED AND ADJUDGED that the motions for prevailing party attorneys' fees (Dkts. 81 & 82) filed by Defendants The Salad Werks, Inc. and Two Joe's, Inc. are DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-157mtsfees81-82.frm